

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Kha Nguyen Tran

Civil Action No.  25CV2391-BTM-BLM

**Plaintiff,**

V.

Kristi Noem, Secretary of the Department of Homeland Security et al

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted.

Date:  10/27/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Petersen

J. Petersen, Deputy