UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHA NGUYEN TRAN,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>    Respondents. | Case No.: 3:25-cv-02391-BTM-BLM<br><br>**JUDGMENT** |

The Court **HEREBY ORDERS THAT:**

1. The Court has jurisdiction to enter this judgment. The Court has subject-matter jurisdiction over the petition under 28 U.S.C. § 2241.

2. The first and third claims in the petition are dismissed as moot.

3. The petition for a writ of habeas corpus is GRANTED on the second claim.

4. The writ of habeas corpus is ISSUED. The Respondents shall immediately release Kha Nguyen Tran from the custody on the June 18, 2025 revocation of his supervised release.

5. Tran shall comply with the conditions in effect before his arrest on June 18, 2025.

6. The parties shall file a statement as to the satisfaction of the writ within twenty-four (24) hours of the entry of the Order.

**IT IS SO ORDERED.**

Dated: October 27, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge