

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHA NGUYEN TRAN,<br><br>        Petitioner,<br><br>    v.<br><br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>        Respondents. | Case No.:  3:25-cv-02391-BTM-BLM<br><br>**ORDER TO SHOW CAUSE**<br><br>**[ECF NO. 21]** |

On October 27, 2025, the Court issued the writ of habeas corpus to petitioner Kha Nguyen Tran and ordered the Respondents to release Tran from custody.  On October 31, 2025, the Respondents re-detained Tran.  Tran moves the Court to enforce the original judgment by ordering Tran's release and prohibiting re-detention.  Tran argues that the Respondents "again failed to comply with [8 C.F.R. § 241.13(i)] in the course of the re-detention." (ECF No. 21, at 1.)

The Respondents are ordered to show cause on November 3, 2025, at 2:00 p.m. why the judgment should not be enforced by ordering Tran's release.

**IT IS SO ORDERED.**

Dated:  November 2, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge

25-cv-02391